# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                   Cases No.: 5:14cr30/RH
                                               5:16cv198/RH/EMT

EON L. MENCKEBERG,

    Defendant.

_____/

## ORDER DENYING THE § 2255 MOTION WITHOUT PREJUDICE

A jury convicted the defendant Eon L. Menckeberg on six counts of wire fraud. After sentencing, he appealed. The appeal is pending.

Mr. Menckeberg has filed in this court a motion for relief under 28 U.S.C. § 2255. But a district court lacks jurisdiction to grant relief under § 2255 while a direct appeal is pending. *See, e.g., United States v. Dunham*, 240 F.3d 1328, 1329-30 (11th Cir. 2001); *Welsh v. United States*, 404 F.2d 333, 333 (5th Cir. 1968) ("A motion to vacate sentence under 28 U.S.C. § 2255 will not be entertained during

the pendency of a direct appeal, inasmuch as the disposition of the appeal may render the motion moot.").

Accordingly,

IT IS ORDERED:

The § 2255 motion, ECF No. 109, is dismissed without prejudice.

SO ORDERED on July 26, 2016.

                                  s/Robert L. Hinkle
                                  United States District Judge